UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. NOTTINGHAM,<br><br>    Plaintiff<br> v.<br>JASON COOLEY, et al,<br><br>    Defendants. | CIVIL ACTION NO. 4:19-CV-00595<br><br>(MEHALCHICK, M.J.) |

**ORDER**

**AND NOW**, this 13th of December, 2023, for the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS HEREBY ORDERED** that Nottingham's Rule 60(b) motion is **DENIED**. (Doc. 93).

               s/ Karoline Mehalchick
               **KAROLINE MEHALCHICK**
               **Chief United States Magistrate Judge**